IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES L. STRINGER,

    Plaintiff,

vs.                                           CASE NO. 5:11cv01/RS-EMT

JOHN DOE, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 24). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i)(ii) for the reasons set forth in the Report and Recommendation.

3. The clerk is directed to close the file.

**ORDERED** on July 18, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**